**Wright ARNOLD, Movant, v. COMMONWEALTH of Kentucky, Opposed.**

Court of Appeals of Kentucky.

Oct. 6, 1942.

A. T. W. Manning for movant.

Hubert Meredith, Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

**PORTER BABLE MACHINE COMPANY, Movant, v. MAX MIEHL AND SON, Opposed.**

Court of Appeals of Kentucky.

April 20, 1943.

George E. Wade and Thomas C. Mapother for movant.

H. S. Horen opposed.

PER CURIAM.
Appeal denied; judgment affirmed.

**Van B. COMBS et al., Movants, v. K. N. SALYER, Opposed.**

Court of Appeals of Kentucky.

April 23, 1943.

Bailey P. Wooton and D. G. Boleyn for movants.

Jesse Morgan opposed.

PER CURIAM.

Motion for appeal denied and judgment affirmed.